Decided July 22, 1895.

REMILLARD *v.* MULTNOMAH STREET RAILWAY COMPANY.

APPEAL from Multnomah: E. D SHATTUCK, Judge.

Action by Rhoda Remillard to recover damages for being thrown from a car by its sudden starting while she was leaving it at a street crossing. Judgment for plaintiff and defendant appealed. This is now a second motion to dismiss the appeal and affirm the judgment because appellant has neither filed a brief nor obtained an extension of time for so doing.

*Mr. O. F. Paxton,* for appellant.

*Messrs. Cake and Cake,* for respondent.

PER CURIAM. The motion will be allowed.

ALLOWED.

Decided August 1, 1895.